# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132547-8

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ONTONAGON RURAL COUNTY
ELECTRICAL ASSOCIATION,
      Petitioner-Appellant,

v

TOWNSHIP OF ALLOUEZ,
      Respondent-Appellee.

SC: 132547
COA: 265605
MTT: 00-296073

_____/

ONTONAGON RURAL COUNTY
ELECTRICAL ASSOCIATION,
      Petitioner-Appellant,

v

TOWNSHIP OF SHERMAN,
      Respondent-Appellee.

SC: 132548
COA: 265606
MTT: 00-296098

_____/

      On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

*Corbin R. Davis*

p0319

Clerk